IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-435-FDW-DCK

| TIMOTHY W. PARKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MYERS PARK OPCO, LLC, and THE PORTOPICCOLO GROUP, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Refer Case To Arbitration" (Document No. 8) filed May 16, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Refer Case To Arbitration" (Document No. 8) is **GRANTED**. This case is hereby **STAYED** and submitted to arbitration.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on or before **August 1, 2024**, and every ninety (90) days thereafter.

**IT IS FURTHER ORDERED** that "Defendants' Motion To Compel Arbitration And Stay Proceedings" (Document No. 6) be **DENIED as moot**.

**SO ORDERED**.

Signed: May 16, 2024

David C. Keesler
United States Magistrate Judge